IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

**WILLIE CURTIS SLACK JR.**
a/k/a "Slick"

_____/

**SEALED INDICTMENT** 3:25cr116-TKW

Returned in open court pursuant to Rule:
7/15/25
Date
SB
United States Magistrate Judge

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about July 1, 2024, and on or about December 1, 2024, in the Northern District of Florida, the defendant,

**WILLIE CURTIS SLACK JR.,**
a/k/a "Slick,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1.     a.     On or about October 18, 1994, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Burglary of Structure and Theft General;

       b.     On or about October 18, 1994, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Burglary of



      Dwelling, Battery on Law Enforcement Officer, and Resisting Officer with Violence;

c.     On or about October 18, 1994, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Sale of Controlled Substance and Possession of Controlled Substance;

d.     On or about September 24, 1998, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Sell, Manufacture, or Deliver a Controlled Substance;

e.     On or about September 24, 1998, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Sale of Controlled Substance W/I 1000' of a Church;

f.     On or about September 24, 1998, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Battery on Law Enforcement Officer;

g.     On or about October 24, 2008, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Aggravated Assault by Threat; and

h.     On or about June 23, 2009, **WILLIE CURTIS SLACK JR.** was convicted in the State of Florida of Grand Theft $300 or More But L.

2. For each of these crimes, **WILLIE CURTIS SLACK JR., a/k/a "Slick,"** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **WILLIE CURTIS SLACK JR., a/k/a "Slick,"** did knowingly possess a firearm, to wit, a Taurus .44 caliber revolver and a Glock 9 millimeter pistol, and ammunition, namely, Armscor .44 caliber and assorted 9 millimeter.

4. These firearms and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

Enhanceable Prior Convictions

Before **WILLIE CURTIS SLACK JR., a/k/a "Slick,"** committed the offense charged in this count, **WILLIE CURTIS SLACK JR., a/k/a "Slick,"** had at least three previous convictions for a violent felony, a serious drug offense, or both committed on occasions different from one another.

A TRUE BILL:

_____
JOHN P. HEEKIN
United States Attorney

FOREPERSON

_____
ALICIA H. FORBES
Assistant United States Attorney

7/15/25
DATE

3